**MEMO ENDORSED**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOUIS RIVERA,

                Plaintiff,

– against –

ANJOST CORPORATION and JOSEPH ZARO,

                Defendants.

Case No.: 13-cv-00379 (MGC)

**NOTICE OF MOTION**
**FOR SUMMARY JUDGMENT**

**ORAL ARGUMENT REQUESTED**

       PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment, Defendants' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1(a), and the Declaration of Adam G. Possidente and the exhibits annexed thereto, Defendants Anjost Corporation and Joseph Zaro (together, "Defendants") will move this Court, before the Honorable Miriam Goldman Cedarbaum, Courtroom 14A, 500 Pearl Street, New York, New York 10007, on June 4, 2015 at 11:30 a.m., for an order granting summary judgment against Plaintiff, and granting Defendants such other and further relief as the Court deems just and proper.

       PLEASE TAKE FURTHER NOTICE that, pursuant to the Order of this Court entered on May 6, 2015, answering papers, if any, are required to be served on the undersigned no later than May 29, 2015.

Dated: New York, New York
       May 15, 2015

                              VENABLE LLP

                                /s/
                              Michael J. Volpe
                              Adam G. Possidente
                              Rockefeller Center
                              1270 Avenue of the Americas, 24th Floor
                              New York, New York 10020

*[Handwritten endorsement:]* Motion for summary judgment granted. For oral opinion, see record of proceedings. So ordered. June 4, 2015. Close case.

*/s/ United States District Judge*

Telephone: (212) 307-5500
Fax: (212) 307-5598

*Attorneys for Defendants Anjost Corporation and Joseph Zaro*

To: Robert S. Powers
Law Office of Robert S. Powers
1540 August Road
North Babylon, NY 11703
Telephone: (631) 940-7121
Email: rpowers435@optimum.net

*Counsel for Plaintiff*